**Dismissed and Memorandum Opinion filed March 28, 2023.**



**In The**

# Fourteenth Court of Appeals

_____

### NO. 14-21-00589-CV

_____

**SYLVIA  COOKE, Appellant**

**V.**

**RACHEL  BAIER, Appellee**

**On Appeal from the County Court at Law No. 2
Galveston County, Texas
Trial Court Cause No. CV-0087510**

### M E M O R A N D U M   O P I N I O N

This is an attempted restricted appeal from the trial court's dismissal order signed March 29, 2021. Appellant's notice of appeal was filed October 15, 2023. The notice of appeal in a restricted appeal must be filed within six months after the trial court signed the judgment. Tex. Civ. Prac. & Rem. Code § 51.013; Tex. R. App. P. 26.1(c).

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal

beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Rule 26.3.

On February 15, 2023, notification was transmitted to all parties that the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer.